

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Jesse C. Phillips

v.

Defendant(s) Carle Clinic, et al.

08cv4459
JUDGE GOTTSCHALL
MAGISTRATE JUDGE MASON

)

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Jesse C. Phillips ,declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

**FILED**
Aug 19, 2008 LW
AUG 1 9 2008
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Jesse C. Phillips_
Movant's Signature

8-14-2008
Date

Lawrence Corr. Cntr. R.R. #2, Box 31
Street Address

Sumner, Illinois 62466
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | Honorable Judge Joan Gottschall |
| Case Number: | 07-C-2394 |
| Case Title: | Phillips v. Cook County, et al. |
| Appointed Attorney's Name: | Jeremy S. Unruh |
| If this case is still pending, please check box | ☒ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | |
| Case Number: | |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |